```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMES OWENS, et al.,                     :    20cv2648(DLC)
                                         :
                    Plaintiffs,          :
         -v-                             :
                                         :    ORDER
TURKIYE HALK BANKASI A.S. a/k/a          :
HALKBANK,                                :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    The above-captioned matter was filed on March 27, 2020. That same day, the Honorable John Koetl, serving as Part I Judge, granted the plaintiffs' request to file this matter under seal.

    On July 1, 2020 the plaintiffs' moved, ex parte, for a temporary restraining order and for an order of attachment pursuant to Rule 64, Fed. R. Civ. P. and N.Y. C.P.L.R. § 6210 ("Request for Attachment"). That same day, the Court granted the temporary restraining order, directed the plaintiffs to serve the defendant, and set a date for a hearing on the Request for Attachment.

    An Order of July 10, 2020 directed the parties to advise the Court why this matter should remain sealed, now that the defendant had been served. On July 15, the parties jointly requested that the matter remain under seal to facilitate

resolution of the plaintiffs' Request for Attachment.  The request does not adequately explain why this matter must remain sealed.  Accordingly, it is hereby

    ORDERED that the Clerk of Court shall unseal this case.

    SO ORDERED:

Dated:    New York, New York
           July 16, 2020

                                    _____
                                      DENISE COTE
                            United States District Judge