```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMES OWENS, et al.,                     :      20cv2648(DLC)
                                         :
                    Plaintiffs,          :
           -v-                           :
                                         :           ORDER
TURKIYE HALK BANKASI A.S. a/k/a          :
HALKBANK,                                :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The above-captioned matter was filed under seal on March 27, 2020. On July 1, the plaintiffs served the defendant with the First Amended Complaint ("FAC"). On July 23, the plaintiffs sought leave to amend the FAC to add additional plaintiffs to this action. Plaintiffs represent that the defendant does not consent to this amendment. Accordingly, it is hereby

ORDERED that the defendant shall submit any opposition to plaintiffs' motion for leave to amend by **August 8, 2020**. Plaintiffs' reply, if any, shall be submitted by **August 15**.

SO ORDERED:

Dated:   New York, New York
         July 24, 2020

                                  _____
                                         DENISE COTE
                                  United States District Judge