```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv2648 (DLC)
JAMES OWENS, ET AL.,                     :
                                         :         ORDER
                    Plaintiffs,          :
           -v-                           :
                                         :
TURKIYE HALK BANKASI A.S.,               :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on March 27, 2020.  An Order of July 10 scheduled a hearing on the plaintiffs' motion for an order of attachment for September 10, 2020 at 10 am.  It is hereby

ORDERED that the September 10 conference shall be conducted by telephone, rather than in person.  The parties shall use the following dial-in credentials for the telephone conference:

                    Dial-in:       888-363-4749
                    Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         September 3, 2020

                                     _____
                                          DENISE COTE
                                     United States District Judge