```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMES OWENS, et al.,                    :     20cv2648(DLC)
                                        :
                          Plaintiffs,   :        ORDER
                                        :
              -v-                       :
                                        :
TURKIYE HALK BANKASI A.S. a/k/a         :
HALKBANK,                               :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020

DENISE COTE, District Judge:

This case was filed on March 27, 2020. On July 1, plaintiffs moved, ex parte, for a temporary restraining order and for prejudgment attachment. A July 1 Order granted plaintiffs' request for a temporary restraining order and scheduled a hearing on plaintiffs' motion for an order of attachment. The motion for a prejudgment attachment was fully submitted on August 14. On September 10, counsel for the parties participated by telephone in a hearing on plaintiffs' request for an order of attachment. It is hereby

ORDERED that, for the reasons stated on the record at the September 10 hearing, plaintiffs' July 1 motion for an order of attachment is denied.

IT IS FURTHER ORDERED that, for the reasons stated on the record at the September 10 hearing, the July 1 temporary

restraining order is vacated.

SO ORDERED:

Dated:   New York, New York
         September 10, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge