# Declaration of Mehmet Sevimli

**BİRLEŞİK DEVLETLER BÖLGE MAHKEMESİ
GÜNEY NEW YORK BÖLGESİ**

Müşteki
JAMES OWENS ve diğer kişiler

     -karşısında-

Davalı
TÜRKİYE HALK BANKASI A.Ş. namı diğer
"HALKBANK"

20-cv-2648 (DLC) sayılı Hukuk Davası

**MEHMET SEVİMLİ'NİN BEYANI**

Ben, T. Halk Bankası A.Ş. Hukuk İşleri Daire Başkanı – 1. Hukuk Müşaviri Mehmet SEVİMLİ, şahsi bilgilerime dayanarak, aşağıdaki hususları beyan ederim:

1. İşbu Beyanda belirtilen gerçekler hakkında şahsen bilgi sahibiyim.

2. Türkiye Halk Bankası A.Ş. ("Halkbank") çatısı altında Hukuk İşleri Daire Başkanı-1. Hukuk Müşaviri görevini yürütüyorum. Görevim gereği, Genel Müdürlük Birimlerine, Koordinatörlüklere ve Şubelere bankacılık faaliyetleri kapsamında tüm mevzuatla ilgili hukuki konular hakkında görüş bildirilmekteyim. 16.02.2004'ten beri Halkbank'ta çalışıyorum.

A. **Halkbank'ın Geçmişi ve İşlevleri**

3. Halkbank, 1933 yılında 2284 sayılı Kanun ile Türkiye Devleti tarafından kuruldu. Asıl amacı, özellikle Küçük ve Orta Büyüklükteki İşletmeler (KOBİ) ile esnaf ve sanatkarlar için ülkedeki kredi kullanılabilirliğini artırmaktı.

4.     30 Haziran 2020 tarihi itibarıyla Türkiye ve dünyada 18.830 kişi istihdam eden Halkbank'ın Türkiye'de 1003 şubesi ve yurt dışında 6 şubesi ile 3 temsilciliği bulunmaktadır. Bu şubelerin veya ofislerin hiçbiri ABD'de değildir. Halkbank'ın ABD'de hiçbir çalışanı yoktur.

5.     Türkiye Varlık Fonu aracılığıyla Halkbank'ın %75'inden fazlası Türkiye Cumhuriyeti Devleti Hazinesine ait olmaya devam etmektedir. Türkiye Varlık Fonu, web sitesinde, "Türkiye Cumhuriyeti'nin stratejik yatırım kolu ve öz sermaye çözümleri sağlayıcısı" olarak tanımlanmaktadır. Türkiye Varlık Fonu, Genel Bilgiler, https://www.tvf.com.tr/en/who-we-are/about-us/general-info (son ziyaret 22 Eylül 2020). Hedefinin "ülkenin ekonomik kalkınmasını desteklemek" olduğu ifade edilmektedir. *Aynı kaynak*. Fon, "Yol Haritasının" açıklandığı web sayfasında, hedeflerinin "cari açığın azaltılması ve ülkenin tasarruf tabanının artırılması," "doğrudan yabancı yatırımcı ve Türkiye'deki yatırımlarının teşvik edilmesi," "Türkiye'nin uluslararası ekonomik stratejisine uygun şekilde öncelikli bölgelerde ve Türk şirketlerini bölgesel ve küresel kahramanlara dönüştürecek yatırımların yapılması," "ülkedeki finansal piyasaların derinliği ve çeşitliliğinin genişletilmesi" ve daha genel olarak "millete hizmet" olduğu belirtilmektedir. Türkiye Varlık Fonu, Yol Haritamız, https://www.tvf.com.tr/en/who-we-are/about-us/our-mandate (son ziyaret 22 Eylül 2020). Dolayısıyla Fon, hükümetin varlıklarını yönetmekte ve Türkiye'nin ekonomik kalkınmasına ve yatırıma destek olmaktadır.

6.     Türkiye Cumhuriyeti Devleti, Halkbank'ın çoğunluk hissesinin sahipliğinden kaynaklanan denetim dahil olmak üzere Halkbank'ı Meclis adına Sayıştay ve gerekirse Cumhurbaşkanlığı Devlet Denetleme Kurulu tarafından denetlemeye devam etmektedir. 4603 Sayılı Kanunun 2. Maddesinin 3. Fıkrası uyarınca Türkiye Varlık Fonu mülkiyetinde bulunan



Halkbank hisselerini temsil yetkisi Halkbank'ın bağlı bulunduğu Bakana aittir. Günümüz itibarı ile de Halkbank Hazine ve Maliye Bakanlığı'nın ilgili kuruluşu konumundadır.

7.   Türkiye Cumhuriyeti Devleti, Türkiye Varlık Fonu aracılığıyla Halkbank'ın hakim hissedarı olarak, gerektiğinde Halkbank'a sermaye sağlamaya devam etmektedir. En son 20 Mayıs 2020'de Halkbank'a sermaye koymuştur.

8.   Halkbank, rutin bankacılık işlevlerine ek olarak, bazı kamusal işlevleri yerine getirmeye devam etmektedir. Örneğin:

    a.   Türkiye Cumhuriyeti Devleti vergi tahsilatı yetkisini münhasıran kamu sermayeli bankalara vermiş olup vergi tahsilat yetkisi bulunan bankalardan biri de Halkbank'tır.

    b.   Halkbank, Banka Esas Sözleşmesi ve her yıl yayınlanan ve son olarak yürürlükte bulunan 24.12.2019 tarih, 1898 sayılı Cumhurbaşkanı Kararı uyarınca esnaf ve sanatkarlara Hazine faiz destekli kredi kullandırımı yapmaktadır.

    c.   Halkbank, 4562 sayılı Organize Sanayi Bölgeleri Kanunu uyarınca T.C. Sanayi ve Teknoloji Bakanlığı kaynaklarından Bankamız aracılığı ile Organize Sanayi Bölgeleri ve Küçük Sanayi Sitelerine kredi kullandırımı yapmakla görevlidir.

**B.   Halkbank, Türk Hukuk Sistemine Tabidir**

9.   Halkbank, Bankacılık Kanunu başta olmak üzere yürürlükte bulunan yasal düzenlemelere tabidir ve bunlarla ilgili olarak ilgili ihtisas mahkemelerinde dava edilebilir. Halkbank, davalardan özel bir muafiyete sahip değildir ve Banka, hakkında açılan davalarda kendisini savunmaktadır.



10.     Müştekiler, bu davada ileri sürülen şartlar ve genel iddialardan kaynaklanan davaları uygun bir Türk mahkemesinde başlatırsa, Halkbank Türkiye'de tebligatı kabul edecek ve uygun Türk mahkemesinin şahsi yargı yetkisini kullanmasını kabul edecektir.

11.     Halkbank'ın Türk mahkemeleri tarafından çıkarılan herhangi bir nihai kararla bağlantılı olarak ödemesini yapmadığı asla olmamıştır.

12.     Daha önce de belirtildiği gibi, Halkbank'ın ABD'de şubesi veya çalışanı yoktur. Halkbank'ın dosyalarından bu davayla ilgili ve delil paylaşımına tabi bütün belgeler, Türkiye'de bulunmaktadır ve Türkçe olarak yazılmıştır. Halkbank tanıkları da büyük olasılıkla Türkiye'de bulunuyor olacaktır ve çoğu İngilizce bilmemektedir. Hatta bunların pek çoğunun ABD'ye hiç seyahat etmemiş olması da ihtimal dahilindedir.

ABD yasalarına göre yalan beyanda bulunma cezasına tabi olmak üzere yukarıdakilerin gerçek ve doğru olduğunu beyan ederim.

İmza tarihi:
23 Eylül 2020

_[signature]_
Mehmet SEVİMLİ

THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Plaintiffs,
JAMES OWENS, et al.,

        Plaintiffs,

-against-
TURKIYE HALK BANKASI A.S., a/k/a
"HALKBANK," Defendant.

Civil Action No: 20-cv-2648 (DLC)

## DECLARATION OF MEHMET SEVİMLİ

I, Mehmet Sevimli, Head of Turkiye Halk Bankasi A.S.'s Legal Affairs and the Bank's Chief Legal Advisor, upon personal knowledge, assert the following:

    1.    I have personal knowledge of the facts set forth in this Declaration.

    2.    I am Head of Legal Affairs-Chief Legal Advisor at Turkiye Halk Bankasi A.S. ("Halkbank"). In my role, I provide legal opinion to all HQ Departments, Coordinatorships and Branches of Halkbank on banking activities within the context of the relevant legislation. I have been employed at Halkbank since February 16, 2004.

    **A.**    **Background of Halkbank and Its Functions**

    3.    Halkbank was founded by the Turkish State in 1933 under Public Law No. 2284. Its original purpose was to increase the availability of credit in the country, in particular for Small and Medium-Size Enterprises (SMEs) as well as shop owners and tradesmen.

    4.    As of June 30, 2020, Halkbank employs 18,830 people in Turkey and around the world and maintains 1,003 branches in Turkey as well as six branches and three representation

offices abroad. None of these branches or offices are located in the United States. Halkbank has no employees in the United States.

5. The Treasury of the Republic of Turkey, through Turkey Wealth Fund, continues to own more than 75 percent of Halkbank. On its website, Turkey Wealth Fund describes itself as "the strategic investment arm and the equity solutions provider of the Republic of Turkey." Turkey Wealth Fund, General Info, https://www.tvf.com.tr/en/who-we-are/about-us/general-info (last visited Sept. 22, 2020). It states that its goal is "to support the economic development in the country." *The same source* describes its objectives in its web page that explains the Fund's "Mandate" as: "to reduce the current account deficit and increase the savings base of the country," "to act as the primary point of contact for large-scale foreign direct investors and their investments in Turkey," "to make investments in the priority regions that are aligned with Turkey's international economic strategy and investments that will transform Turkish companies into regional and global champions," "to expand the depth and diversity of financial markets in the country" and "to serve the nation" in general. Turkey Wealth Fund, Our Mandate, https://www.tvf.com.tr/en/who-we-are/about-us/our-mandate (last visited Sept. 22, 2020). The Fund thus manages the government's assets and promotes economic development and investment in Turkey.

6. The Republic of Turkey continues to supervise Halkbank through the Turkish Court of Accounts, in the name of the Grand National Assembly of Turkey, and through the State Supervisory Council, when necessary, in addition to other audits, arising from its majority shareholding in the Bank. Under Law No. 4603 Art. 2/3, the authority to represent the Halkbank shares owned by Turkey Wealth Fund belongs to the Minister under whom the Bank functions. As of today, Halkbank is an affiliate of the Ministry of Treasury and Finance.

7. The Republic of Turkey, as majority shareholder of Halkbank through Turkey Wealth Fund, continues to capitalize Halkbank when necessary. The government most recently contributed capital to Halkbank on May 20, 2020.

8. In addition to its routine banking functions, Halkbank continues to engage in several government functions. For example:

    a. The Republic of Turkey has exclusively conferred to public-capital banks the authority to collect taxes, and Halkbank is one of those banks.

    b. Halkbank issues loans to shop owners and craftsmen under its Articles of Association and the annually-renewed Presidential Decision No. 1898, dated December 24, 2019, which is currently in force. These loans are backed by the Turkish Treasury and receive subsidized rates.

    c. Halkbank is charged by Law No. 4562 on Organized Industrial Zones to intermediate in issuing loans to Organized Industrial Zones and Small Industrial Areas funded though the resources of the Ministry of Industry and Technology.

**B.   Halkbank Is Subject to the Turkish Legal System**

9. Halkbank is subject to the current relevant legislation, particularly to Banking Law, and can be sued in the specialized jurisdiction courts under said legislation. Halkbank is not afforded any special immunity from lawsuits, and it defends itself from all claims.

10. If Plaintiffs commence litigation arising out of the circumstances and general claims asserted in this case in an appropriate Turkish court, Halkbank will accept service in Turkey, and will accept an appropriate Turkish court's exercise of personal jurisdiction.

11. Halkbank has not ever failed to satisfy a final judgment issued by a Turkish court.

12. As set forth earlier, Halkbank has no branches or employees in the United States. Any relevant and discoverable documents in this case from Halkbank's files are located in Turkey and written in Turkish. Any Halkbank witnesses are likely located in Turkey and many will not speak English. Indeed, it is likely that many have never traveled to the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:
September 23, 2020

_____
Mehmet Sevimli

## CERTIFICATION

I, the undersigned, declare under penalty of perjury that I am a professional translator, certified by the Notary Public for Turkish to English translations. I am over 18 years of age and not a party to the action *Owens et al v. Turkiye Halk Bankasi A.S., No. 1:20-cv-02648-DLC (S.D.N.Y. 2020)*. I am proficient in the Turkish and English languages. I am employed by Dragoman Language Solutions as a translator. I have reviewed the following translations identified from Turkish to English to the best of my ability and knowledge, and hereby declare that each is a true and correct translation of said document.

1. Declaration by Professor Meliksah Yasin
2. Declaration by Professor Zekeriya Kursat
3. Declaration by Mr. Mehmet Sevimli
4. Professor Meliksah Yasin's CV
5. Professor Zekeriya Kursat's CV

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 24, 2020 in Istanbul, Turkey.

Ümit Özaydın