UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
                                         :
JAMES OWENS, et al.,                     :
                                         :
                    Plaintiffs,          :        20cv02648 (DLC)
                                         :
          -v-                            :        ORDER
                                         :
TURKIYE HALK BANKASI A.S., a/k/a         :
"HALKBANK,"                              :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     The motion to dismiss on the ground of forum non conveniens

having been conditionally granted, it is hereby

     ORDERED that the parties shall jointly submit by **March 2,**

**2021** an agreement to litigate this action in Turkey implementing

the conditions set forth in the accompanying Opinion.

Dated:    New York, New York
          February 16, 2021


                                   _____
                                        DENISE COTE
                                   United States District Judge