```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMES OWENS, et al.,                     :
                                         :
                      Plaintiffs,        :    20cv02648 (DLC)
                                         :
             -v-                         :         ORDER
                                         :
TURKIYE HALK BANKASI A.S., a/k/a         :
"HALKBANK,"                              :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    In an Opinion dated February 16, 2021, defendant Halkbank's September 25, 2020 motion to dismiss was conditionally granted on the grounds of forum non conveniens. Dismissal was conditioned on Halkbank's agreement to accept service in Turkey, submit to the jurisdiction of Turkish courts, and waive any statute of limitations defense that may have arisen since the filing of this action. On March 2, 2021, the parties submitted a Joint Stipulation and Order implementing these conditions. Accordingly, it is hereby

ORDERED that the Clerk of Court shall enter judgment for Halkbank and close this case.

Dated:  New York, New York
        March 3, 2021

                                        _____
                                        DENISE COTE
                                        United States District Judge