# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JAMES OWENS, et al.,

                Plaintiffs,                    20 **CIVIL** 2648 (DLC)

    -against-                    **JUDGMENT**

TURKIYE HALK BANKASI A.S., a/k/a "HALKBANK,"

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2021, judgment is entered for Halkbank, and this case is closed.

**Dated:** New York, New York
        March 3, 2021

                                                        RUBY J. KRAJICK

                                                        Clerk of Court

                              BY:

                                                           Deputy Clerk